UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05    10329 DPW

PATRICK AMBROSE, and others,
                        Plaintiffs

        v.

TOWN OF DANVERS
                        Defendant

C.A. No. _____

MAGISTRATE JUDGE MBB

FILED
IN CLERKS OFFICE

2005 FEB 18  A 10: 5 !

U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIPT #
AMOUNT $ 150
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK
DATE  2/18/05

## COMPLAINT

### A. NATURE OF THE ACTION

1. This is an action for damages and declaratory relief by current and retired police officers of the Town of Danvers and its Police Department for violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C., §201, et seq.

### B. JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 29 U.S.C., §216(b), and 28 U.S.C., §§1331 and 1337.

3. Declaratory relief is authorized by 22 U.S.C., §§2201 and 2202.

4. Venue is proper pursuant to 28 U.S.C., §1391(b).

### PARTIES

5. Plaintiffs Patrick Ambrose, Richard E. Barthelmess, Stephen D. Baldassare, J., Michael Bean, Robert Bettencourt, William E. Broadstreet, Edward Campbell, William S. Carlson, Brian L. Caspanano, William J. Cassidy, Jr., Keith Chalmers, Justin Ellerton, Leonard Flynn, Jr., Scott Frost, James A. George, Carol A. Germano, Robert Gorman, Dana M. Hagan, Devin Janvrin, David S. Joyce, Daniel J. Kenneally,

Joseph Kolodzic, Craig A. Labastie, Roland Levasseur, William S. Loughlin, James P. Lovell, Steven McDonald, Dana K. Martin, John F. Melto, Dana L. Milne, Edmund M. Plamoski, Walter Roberts, Jr., Robert C. Santo, Peter Z. Shabowick, Olivia M. Silva, Jason Skane, Paul F. Stone, Richard A. Stoney, Robert J. Sullivan, Timothy J. Timmons, Timothy Williamson, Kevin Wood, David A. Wotovich, Timothy C. Zuck, are employed as regular Police Officers by the Town of Danvers, Massachusetts. Plaintiffs Robert L. Marino and Jon E. Tiplady are retired Town of Danvers Police Officers.

6. Each plaintiff has filed his/her consent as a party plaintiff pursuant to 29 U.S.C., §216(b).

7. Each plaintiff is or was an employee within 29 U.S.C., §203(e)(2)B.

8. Each plaintiff is or was a member of the Danvers Police Benevolent Association ("Union"). The Union is the exclusive representative of all regular employees of the Town of Danvers/Danvers Police Department for collective bargaining purposes.

9. Defendant Town of Danvers ("Town") is a municipality and a political subdivision of the Commonwealth; the Town is an employer within 29 U.S.C., §203(d).

GRAVAMEN

10. Defendant Town and the Union are parties to a Collective Bargaining Agreement ("CBA"), which establishes wages, hours and working conditions for all regular employees including plaintiffs.

11. The CBA provides, with certain exceptions, that plaintiffs shall work a "four and two" schedule. For example, an officer works Monday through Thursday with

2

Friday and Saturday off. In the next week this officer works Sunday through Wednesday with Thursday and Friday off. This cycle repeats every six (6) weeks.

12. Plaintiffs work an eight (8) hour shift.

13. Pursuant to the CBA, plaintiffs are entitled to receive annual payments for "longevity" based on years of service. Such payments range from $175.00 after five (5) years service to $625.00 after thirty (30) years of service.

14. Defendant Town does not include a plaintiff's longevity pay in his/her regular rate of pay when calculating a plaintiff's overtime pay.

15. Plaintiffs on regular night duty receive a night shift differential "equal to nine percent (9%) of their regular weeks' salaries.

16. Defendant Town does not include the night shift differential in the regular rate of pay when calculating the overtime pay of a plaintiff on regular night duty.

17. Plaintiffs who work as Detectives are paid an annual stipend.

18. Defendant Town does not include the stipend paid to plaintiffs working as Detectives in the regular rate of pay when calculating the overtime pay of plaintiffs working as Detectives.

19. Plaintiffs who are certified Emergency Medical Technicians are paid an annual stipend.

20. Defendant Town does not include the stipend paid to plaintiffs who are certified Emergency Technicians in their regular rate of pay when calculating the overtime pay of these plaintiffs.

21. Plaintiffs are required to attend two training sessions per month. Plaintiffs are not paid for the first two (2) hours of such sessions when a plaintiff must attend off his/her shift.

3

22.  Plaintiffs who attend a training session that lasts more than two (2) hours are paid an applicable time and one half rate for such time in excess of two (2) hours.

23.  Pay for training sessions in excess of two (2) hours are not included in the regular rate of pay when calculating plaintiffs' overtime pay.

24.  Some plaintiffs are regularly scheduled as "House Officer" and are paid an annual stipend.

25.  Defendant Town does not include the "House Officer" stipend paid to such plaintiffs in their regular rates of pay when calculating overtime pay.

26.  Some plaintiffs receive base salary add-ons for associate's degrees in law enforcement, for baccalaureate degrees in law enforcement, and master's degrees in law enforcement pursuant to G.L. c.41, §108L.

27.  Defendant Town does not include these educational base salary add-ons to eligible plaintiffs' regular rates of pay when calculating their overtime pay.

28.  Defendant Town has never adopted (nor otherwise processed) a partial public safety exemption as provided in 29 U.S.C., §207(k), from the FLSA overtime requirements of 29 U.S.C., §207(a).

Therefore, Plaintiffs are entitled to FLSA premium pay for all hours worked over forty (40) hours in any seven (7) day period.

29.  Upon information and belief, Defendant Town has been aware of its past and ongoing failures to comply with the FLSA and Regulations promulgated thereunder. Defendant Town's continued violations are willful within the meaning of 29. U.S.C., §255(a).

30.  Defendant Town does not properly calculate plaintiffs regular rate of pay by failure to include in that rate: longevity pay, the night shift differential, the Detectives stipend, the EMT stipend, required training session payments, the "House Officer" stipend, and Education Base Salary Add-ons.  Such past ongoing failures violate 29 U.S.C., §207(e).

## CAUSES OF ACTION

### COUNT I

### FAILURE TO PAY FOR HOURS WORKED

31.  Plaintiffs re-allege and incorporate by reference paragraphs 1 through 30 of their complaint.

32.  The two (2) unpaid hours spent by plaintiffs in twice monthly required training sessions are hours worked within 29 U.S.C., §207(a), and 29 C.F.R., Section 785, et seq.

33.  Defendant Town's failure to pay the first two (2) hours of twice monthly required training sessions has and does willfully violate 29 U.S.C., §207(a), 29 U.S.C., §215(a)(2), and 29 C.F.R., Sections 785, et seq.

### COUNT II

### UNDERPAYMENT OF OVERTIME

34.  Plaintiffs re-allege and incorporate by reference paragraphs 1 through 30 of their complaint.

35.  Defendant Town has willfully miscalculated the regular rate of pay for plaintiffs in violation if 29 U.S.C., §207(e), 29 U.S.C., §215(a)(2), C.F.R., Section 778.108 by its past and ongoing failures to include the longevity pay, the night shift

differential, the Detective's stipend, the EMT stipend, required training session payments, the "House Officer" stipend, and Educational Base Salary add-ons.

36. Defendant Town's willful miscalculation has caused Defendant Town's willful failure to pay plaintiffs overtime payments due them violates 29 U.S.C., §207(a), and 29 U.S.C., §215(a)(2).

<u>JURY DEMAND</u>

37. Plaintiffs demand a jury trial.

<u>REQUESTS FOR RELIEF</u>

38. Plaintiffs request this relief:

(A) Entry of a Declaratory Judgment declaring that Defendant Town must compensate plaintiffs pursuant to 29. U.S.C., §§207(a) and (e), by including longevity payments the night shift differential, the Detectives stipend, the Emergency Medical Technician stipend, any training session payments, the "House Officers" pay and Educational Incentive Pay add–ons.

(B) Entry of a Declaratory Judgment declaring that plaintiffs are entitled to overtime compensation for all hours worked in excess of forty (40) hours in any work weeks.

(C) Entry of a Declaratory Judgment declaring that the first two (2) hours of mandatory training sessions are hours worked by plaintiffs for which they must be compensated pursuant to 29 U.S.C., §207 and applicable regulations.

(D) Entry of Judgment against Defendant Town for all sums of unpaid compensation found due each plaintiff.

(E) Entry of Judgement awarding each plaintiff liquidated damages in an amount equal to all sums of unpaid compensation due him or her.

(F) Entry of Judgment awarding plaintiffs their reasonable attorneys fees and costs.

(G) Entry of such other and further relief as is appropriate.

Respectfully submittted,

PATRICK AMBROSE, and others

By their attorneys,

Paul T. Hynes, Esquire
BBO# 545952

John F. McMahon, Esquire
BBO # 338360
ANGOFF, GOLDMAN, MANNING,
        WANGER & HYNES, P.C.
45 Bromfield Street – 8th Floor
Boston, MA 02108
(617) 723-5500

Dated: 2/16/05

JS 44 (Rev. 11/04) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

PATRICK AMBROSE and others

**DEFENDANTS**

TOWN OF DANVERS and DANVERS POLICE DEPARTMENT

FILED

**(b)** County of Residence of First Listed Plaintiff  Essex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) 617-723-5500
Paul T. Hynes, Esq.
Angoff, Goldman, Manning, Wanger & Hynes, P.C.
45 Bromfield Street, 8th Fl., Boston, MA 02108

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C., §201 et seq.

Brief description of cause:
Fair Labor Standards Overtime and Hours Violations

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $
Not presently known

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions): JUDGE  None  DOCKET NUMBER

DATE  2/16/05

SIGNATURE OF ATTORNEY OF RECORD  Paul T. Hynes, Esq.

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only) _PATRICK AMBROSE et al. v._

_TOWN OF DANVERS_                                    FILED
                                                     IN CLERKS OFFICE

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See

local rule 40.1(a)(1)).                              2005 FEB 18  A 10: 5!

_____   I.      160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

__X__   II.     195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

_____   III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

_____   IV.     220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 66
                690, 810, 861-865, 870, 871, 875, 900.

_____   V.      150, 152, 153.

05   10329 DPW

3.  Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in
this district please indicate the title and number of the first filed case in this court.

        NONE

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                YES  _____   NO  __X__

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See
28 USC §2403)

                                                YES  _____   NO  __X__

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                YES  _____   NO  __X__

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                YES  _____   NO  __X__

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule
40.1(d)).

                                                YES  __X__   NO  _____

    A.  If yes, in which division do all of the non-governmental parties reside?

        Eastern Division _____    Central Division _____    Western Division _____

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
        agencies, residing in Massachusetts reside?

        Eastern Division _____    Central Division _____    Western Division _____

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If
yes, submit a separate sheet identifying the motions)

                                                YES  _____   NO  _____

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME    Paul T. Hynes
                  Angoff, Goldman, Manning, Wanger & Hynes, P.C.
ADDRESS           45 Bromfield Street - 8th Floor, Boston, MA 02108
                  617-723-5500
TELEPHONE NO. _____

(Coversheetlocal.wpd - 10/17/02)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 18 ᴬ A 10: 5 ᴵ

U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. No. _____

————————————— )
                          )
PATRICK AMBROSE, and others,   )
                Plaintiffs )
                          )
                          )
        v.                )
                          )
TOWN OF DANVERS           )
           Defendant )
————————————— )

05 CV 10329 DPW

NOTICE OF FILING OF WRITTEN CONSENTS

The employees listed on the attached Exhibit A file their written consents to

become parties to this action.

Respectfully submitted,

PATRICK AMBROSE, and others

By their attorneys,

*Paul T. Hynes (Jur)*

Paul T. Hynes, Esquire
BBO# 545952

*John McMahon*

John F. McMahon, Esquire
BBO # 338360
ANGOFF, GOLDMAN, MANNING,
      WANGER & HYNES, P.C.
45 Bromfield Street – 8ᵗʰ Floor
Boston, MA 02108
(617) 723-5500

Dated: _2/16/05_

## EXHIBIT A

| | |
|---|---|
| 1. | Patrick Ambrose |
| 2. | Richard E. Barthelmess |
| 3. | Stephen D. Baldassare, J. |
| 4. | Michael Bean |
| 5. | Robert Bettencourt |
| 6. | William E. Broadstreet |
| 7. | Edward Campbell |
| 8. | William S. Carlson |
| 9. | Brian L. Caspanano |
| 10. | William J. Cassidy, Jr. |
| 11. | Keith Chalmers |
| 12. | Justin Ellerton |
| 13. | Leonard Flynn, Jr. |
| 14. | Scott Frost |
| 15. | James A. George |
| 16. | Carol A. Germano |
| 17. | Robert Gorman |
| 18. | Dana M. Hagan |
| 19. | Devin Janvrin |
| 20. | David S. Joyce |
| 21. | Daniel J. Kenneally |
| 22. | Joseph Kolodzic |
| 23. | Craig A. Labastie |
| 24. | Roland Levasseur |
| 25. | William S. Loughlin |
| 26. | James P. Lovell |
| 27. | Steven McDonald |
| 28. | Dana K. Martin |
| 29. | John F. Melto |
| 30. | Dana L. Milne |
| 31. | Edmund M. Plamoski |
| 32. | Walter Roberts, Jr. |
| 33. | Robert C. Santo |
| 34. | Peter Z. Shabowick |
| 35. | Olivia M. Silva |
| 36. | Jason Skane |
| 37. | Paul F. Stone |
| 38. | Richard A. Stoney |
| 39. | Robert J. Sullivan |
| 40. | Timothy J. Timmons |
| 41. | Timothy Williamson |
| 42. | Kevin Wood |
| 43. | David A. Wotovich |
| 44. | Timothy C. Zuck |
| 45. | Jon E. Tiplady |
| 46. | Robert L. Marino |

## CONSENT AS PARTY PLAINTIFF

I, _Patrick Ambrose_ am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _Patrick Ambrose_

Identification No. _16586_

Date _1/13/05_

## CONSENT AS PARTY PLAINTIFF

I, _Richard E Bartholmew_ , am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

| | |
|---|---|
| Signature | |
| Name (Print) | Richard E Bartholmew |
| Identification No. | 3369 |
| Date | 1-13-05 |

## CONSENT AS PARTY PLAINTIFF

I, _Stephen D. Baldassare Jr._, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature            _____

Name (Print)         _Stephen D Baldassare Jr._

Identification No.    _335_

Date                 _1/13/05_

## CONSENT AS PARTY PLAINTIFF

I, _____, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature

Name (Print)     MICHAEL BERN

Identification No.    2576

Date    1-16-05

## CONSENT AS PARTY PLAINTIFF

I, _Robert J. Bettncourt,_ am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _[signature]_

Name (Print) _Robert J. Bettncourt_

Identification No. _401_

Date _1-13-05_

## CONSENT AS PARTY PLAINTIFF

I, _WILLIAM E. BRADSTREET_ , am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _William E. Bradstreet_

Name (Print) _WILLIAM E. BRADSTREET_

Identification No. _222_

Date _13 JAN 05_

## <u>CONSENT AS PARTY PLAINTIFF</u>

I, ___EDWARD CAMPBELL___, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) ___EDWARD CAMPBELL___

Identification No. ___3170___

Date ___1/13/05___

## CONSENT AS PARTY PLAINTIFF

I, _William Carleton_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

|  |  |
|---|---|
| Signature | _William S Carleton_ |
| Name (Print) | William S Carleton |
| Identification No. | # 183 |
| Date | 1/13/05 |

# CONSENT AS PARTY PLAINTIFF

I, _Brian Gasparian_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _Brian H. Gasparian_

Name (Print) _BRIAN H. GASPARIAN_

Identification No. _2535_

Date _01/16/05_

## CONSENT AS PARTY PLAINTIFF

I, _William J Cassidy Jr_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

|                    |                      |
|--------------------|----------------------|
| Signature          | _William J Cassidy_  |
| Name (Print)       | _William J Cassidy Jr_ |
| Identification No.  | _175_                |
| Date               | _1/13/05_            |

## CONSENT AS PARTY PLAINTIFF

I, _Keith  Chalmers_ , am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature            _(signature)_
Name (Print)         _Keith  Chalmers_
Identification No.    _3140_
Date                 _1/13/05_

## CONSENT AS PARTY PLAINTIFF

I, _Justin Ellenton_ , am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _Justin Ellenton_

Identification No. _3207_

Date _01/13/05_

## <u>CONSENT AS PARTY PLAINTIFF</u>

I, _Leonard Flynn Jr._____, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _Leonard Flynn Jr._

Identification No. _325_

Date _1-13-05_

## CONSENT AS PARTY PLAINTIFF

I, _Scott Frost_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _Scott Frost_

Identification No. _1600_

Date _1-13-2004_

## CONSENT AS PARTY PLAINTIFF

I, _James A George_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _James A. George_

Name (Print) _JAMES A. GEORGE_

Identification No. _1831_

Date _1-13-05_

## CONSENT AS PARTY PLAINTIFF

I, _CAROLE A. GERMANO_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _[signature]_
Name (Print) _CAROLE A. GERMANO_
Identification No. _1715_
Date _01/13/2005_

## CONSENT AS PARTY PLAINTIFF

I, _Robert Gremin_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _____

Identification No. _____

Date _____

## CONSENT AS PARTY PLAINTIFF

I, _DANA M HAGAN_ , am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _DANA M HAGAN_

Identification No. _196_

Date _1/13/05_

## CONSENT AS PARTY PLAINTIFF

I, _____Kevin J Janvrin_____, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

| | |
|---|---|
| Signature | _____ |
| Name (Print) | Kevin Janvrin |
| Identification No. | 876 |
| Date | 1/14/05 |

## CONSENT AS PARTY PLAINTIFF

I,   _David S Joyce_  , am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature            _____

Name (Print)         _David S Joyce_

Identification No.    _1373_

Date                 _01/13/2005_

## CONSENT AS PARTY PLAINTIFF

I, _DANIEL KENNEALLY_____, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _DANIEL KENNEALLY_

Identification No. _1374_

Date _1/13/05_

## CONSENT AS PARTY PLAINTIFF

I, _Joseph Kolodziej_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _Joseph Kolodziej_

Name (Print) _Joseph Kolodziej_

Identification No. _700_

Date _1-13-05_

## CONSENT AS PARTY PLAINTIFF

I, _Craig A. Labastie_ , am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

| | |
|---|---|
| Signature | |
| Name (Print) | CRAIG A. LABASTIE |
| Identification No. | 3245 |
| Date | 14 JAN 05 |

## CONSENT AS PARTY PLAINTIFF

I, _Roland Levasseur_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _Roland Levasseur_

Name (Print) _Roland Levasseur_

Identification No. _221_

Date _1-13-05_

## CONSENT AS PARTY PLAINTIFF

I, _William S. Loughlin_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _William S. Loughlin_

Identification No. _182_

Date _1-13-05_

## CONSENT AS PARTY PLAINTIFF

I, _James P Lovell_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature           _James P Lovell_
Name (Print)        _James P Lovell_
Identification No.   _#109_
Date                _1-13-05_

## CONSENT AS PARTY PLAINTIFF

I, _Steven MacDonald_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _Steven MacDonald_

Identification No. _1074_

Date _1-13-05_

## CONSENT AS PARTY PLAINTIFF

I, _David K Martin_ , am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _David K Martin_

Name (Print) _David K Martin_

Identification No. _224_

Date _1/13/04_

# CONSENT AS PARTY PLAINTIFF

I, _____, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature          _____

Name (Print)       _____

Identification No.  _____

Date               _____

## CONSENT AS PARTY PLAINTIFF

I, _____DANA L. Milne_____ , am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature          _Dane f Miln_

Name (Print)       _DANA L. Milne_

Identification No.  _189_

Date               _1-13-05_

## CONSENT AS PARTY PLAINTIFF

I, _Edmund M. Plamowski_ , am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _Edmund M. Plamowski_

Name (Print) _Edmund M. Plamowski_

Identification No. _1375_

Date _1-13-2005_

## CONSENT AS PARTY PLAINTIFF

I, _WALTER Roberts Jr_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _Walter Roberts_

Name (Print) _WALTER Roberts Jr_

Identification No. _207_

Date _01-14-05_

## CONSENT AS PARTY PLAINTIFF

I, _ROBERT C. SANTO_____, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _ROBERT C. SANTO_

Identification No. _1534_

Date _1/13/05_

## <u>CONSENT AS PARTY PLAINTIFF</u>

I, *Peter Z. Shabowich*, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _Peter Z Shabowich_

Identification No. _2214_

Date _1-13-05_

## CONSENT AS PARTY PLAINTIFF

I, _OLIVIA M. SILVA_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _OLIVIA M. SILVA_

Identification No. _2160_

Date _1-13-05_

## CONSENT AS PARTY PLAINTIFF

I, _____Jason Skane_____, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _____Jason Skane_____

Identification No. _____1077_____

Date _____1-13-05_____

# <u>CONSENT AS PARTY PLAINTIFF</u>

I, _____, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _____

Identification No. _____

Date _____

## CONSENT AS PARTY PLAINTIFF

I, _Richard A. Storey_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _Richard A. Storey_

Identification No. _205_

Date _1-13-05_

## CONSENT AS PARTY PLAINTIFF

I, _Robert J. Sullivan_____, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

|  |  |
|---|---|
| Signature | _____ |
| Name (Print) | _Robert J. Sullivan_____ |
| Identification No. | _789_____ |
| Date | _1-14-05_____ |

## CONSENT AS PARTY PLAINTIFF

*TIMOTHY J TIMMONS*

I, _T J Timmons_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _T Timmons_

Name (Print) _T J Timmons_

Identification No. _2734_

Date _01-13-05_

## CONSENT AS PARTY PLAINTIFF

I, _Timothy Williamson_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _Timothy Williamson_

Name (Print) _Timothy W. Williamson_

Identification No. _1110_

Date _01/13/05_

## CONSENT AS PARTY PLAINTIFF

I, _KEVIN WOOD_____, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _____

Name (Print) _KEVIN    WOOD_____

Identification No. ____3129_____

Date _____01-13-05_____

## CONSENT AS PARTY PLAINTIFF

I, _David G Woytovich_ am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

| | |
|---|---|
| Signature | |
| Name (Print) | David G Woytovich |
| Identification No. | 192 |
| Date | 1-14-05 |

## CONSENT AS PARTY PLAINTIFF

I, _Timothy C. Zuch_ , am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature          _Timothy C. Zuch_

Name (Print)       _Timothy C. Zuch_

Identification No.  _297_

Date               _1-13-2005_

## CONSENT AS PARTY PLAINTIFF

I, _Len E Tiplady_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature _Jon Tiplady_
Name (Print) _Jon E. Tiplady_
Identification No. _157_
Date _1 - 14 . 2005_

## CONSENT AS PARTY PLAINTIFF

I, _ROBERT L MARINO_, am employed as a regular police officer by the Town of Danvers or am presently retired from such employment.

I believe that my rights to proper compensation due me under the Fair Labor Standards Act have been and continue to be violated by my employer.

I consent to be a party plaintiff in any action by any active or retired regular police officer against the Town of Danvers for its violations of my FLSA rights and authorize the filing of my consent in such action pursuant to Section 216(b), FLSA 29 U.S.C.§216(b).

I authorize the law firm of Angoff, Goldman, Manning, Wanger & Hynes, P.C. , 45 Bromfield Street – 8th Floor, Boston, MA 02108 to act as my counsel in such an action and I request that this Court assess costs, expenses, and a reasonable attorney's fees against the Town and award such assessments to my counsel.

Signature

Name (Print)  _ROBERT L. MARINO_

Identification No.

Date  _1-14-05_