AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FILED
.....RKS OFFICE

DISTRICT OF ——— MASSACHUSETTS

2005 MAR 10 P 1: 25

U.S. DISTRICT COURT
OF MASS

PATRICK AMBROSE, et al

### SUMMONS IN A CIVIL CASE

**V.**

TOWN OF DANVERS
and DANVERS POLICE DEPARTMENT

CASE NUMBER:

05 10329 DPW

TO: (Name and address of defendant)

TOWN OF DANVERS
Municipal Building
Sylvan & Holden Street
Danvers, MA  01923

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul T. Hynes, Esquire
Angoff, Goldman, Manning, Wanger & Hynes, P.C.
45 Bromfield Street - 8th Floor
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ___-20-___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

FEB 1 8 2005

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

_____

☐ Returned unexecuted: _____

_____

_____

☐ Other

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

I hereby certify and return that on 3/3/2005 at 10:40AM I served a true and attested copy of the summons and complaint, exhibits 1-46 in this action in the following manner: To wit, by delivering in hand to Joe Collins, Town Clerk, agent, person in charge at the time of service for Town of Danvers, Sylvan & Holten Street, Municipal Building, Danvers MA 01923. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($3.20), Postage and Handling ($1.00), Copies ($5.00) Total Charges $40.70

March 7, 2005

Deputy Sheriff  Chester Kozlosky

_____
*Deputy Sheriff*

Date

_____
*Address of Server*

_____

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.