UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )    CIVIL ACTION NO.: 05-CV-10329-DPW
PATRICK AMBROSE, et al.,      )
                              )
         Plaintiff,           )
v.                            )
                              )
TOWN OF DANVERS, et al.,      )
                              )
         Defendants.          )
_____)

**STIPULATION OF THE PARTIES EXTENDING FOR AN ADDITIONAL TWENTY-ONE DAYS THE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT**

Defendants The Town of Danvers and Danvers Police Department ("Defendants") and Plaintiffs Patrick Ambrose et al. ("Plaintiffs") hereby stipulate to an extension of twenty-one additional days in the time for Defendants to answer or otherwise plead in response to the Complaint. Defendants shall answer or otherwise plead in response to the Complaint on or before April 13, 2005.

**AGREED & STIPULATED TO this 22nd day of March, 2005:**

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By their attorneys, | By their attorneys, |
| ANGOFF, GOLDMAN, MANNING WAGNER & HYNES, PC | MURPHY, HESSE, TOOMEY & LEHANE, LLP |
| By:___/s/_____<br>John F. McMahon, BBO#338360<br>angoff@g.net<br>45 Bromfield Street<br>Boston, MA 02108/617-723-5500 | By:_/s/_____<br>Michael F.X. Dolan, Jr., BBO #565876<br>mdolan@mhtl.com<br>300 Crown Colony Drive, Suite 410<br>Quincy, MA 02269-9126<br>(617) 479-5000 |