UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10329-DPW

|  |  |
|---|---|
| PATRICK AMBROSE, et al., | ) |
| Plaintiff, | ) |
| v. | ) |
| TOWN OF DANVERS, et al., | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

Pursuant to L.R. 83.5.2(a), please take notice and enter the appearance of Michael F.X. Dolan, Jr., Thomas W. Colomb and the firm of Murphy, Hesse, Toomey & Lehane, LLP as counsel for the Defendants, Town of Danvers and Danvers Police Department, in connection with the above-captioned case.

Respectfully submitted,

/s/ Michael F.X. Dolan, Jr.

Michael F.X. Dolan, Jr.  BBO# 565876
mdolan@mhtl.com
Thomas W. Colomb, BBO# 638211
tcolomb@mhtl.com
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Ste. 410
Quincy, MA 02169
617.479.5000

Dated: March 30, 2005