UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PATRICK AMBROSE**
    **Plaintiffs,**

**V.**

**TOWN OF DANVERS**
    **Defendant.**

CIVIL ACTION

NO. 05-10329-DPW

## ORDER FOR RE-ASSIGNMENT

**WOODLOCK, D.J.**

    The parties having consented to proceed before Chief Magistrate Judge Bowler pursuant to §636(c), it is hereby Ordered the above captioned matter is re-assigned from Judge Woodlock to Magistrate Judge Bowler for all pretrial, trial and post trial proceedings. The parties shall substitute the initials MBB in place of DPW after the docket number on all future filings.

    The scheduling conference previously set for July 12, 2005 is canceled. A new hearing date will be set before Magistrate Judge Bowler.

By the Court,

/s/ Michelle Rynne
Deputy Clerk

**DATED: July 6, 2005**