UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICK AMBROSE, et al., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TOWN OF DANVERS, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: 05-CV-10329-DPW |

Pursuant to LR 16.1(D)(3), Defendants The Town of Danvers and the Danvers Police Department ("Defendants") and their attorneys hereby certify that they have conferred regarding: (1) establishing a budget for the costs of litigation; and (2) consideration of resolving the instant matter through the use of the alternative dispute resolution programs outlined in LR 16.4.

Respectfully submitted,

DEFENDANTS,

By: _____
Authorized Representative

By their attorneys,

MURPHY, HESSE, TOOMEY & LEHANE, LLP

/s/ Michael F.X. Dolan, Jr.
Michael F.X. Dolan, Jr., BBO# 565876
mdolan@mhtl.com
Thomas W. Colomb, BBO# # 638211
tcolomb@mhtl.com
300 Crown Colony Drive, Ste. 410
Quincy, MA 02169
617.479.5000