UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK AMBROSE, and others, )<br>       Plaintiffs )<br>)<br>v. )<br>)<br>TOWN OF DANVERS )<br>       Defendant )<br>) | C.A. No. 05-10329 MBB |

CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

  The undersigned counsel for Plaintiffs, and an authorized representative of Plaintiffs, affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                     ATTORNEY FOR PLAINTIFFS

                     /s/John F. McMahon, Esquire
                     John F. McMahon, Esquire
                     BBO # 338360
                     ANGOFF, GOLDMAN, MANNING,
                        WANGER & HYNES, P.C.
                     45 Bromfield Street – 8th Floor
                     Boston, MA 02108
                     (617) 723-5500


                     /s/ Dana M. Hagan
                     Dana M. Hagan

                     Authorized Representative for Plaintiffs

Dated: 9/8/05