UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of:<br><br>PATRICK AMBROSE, and others,<br>                  Plaintiffs,<br><br>and<br><br>TOWN OF DANVERS, and another,<br>                  Defendants. | Docket No. 05-CV-10329-MBB |

JOINT MOTION TO STAY PROCEEDING
AND OTHER RELIEF

Plaintiffs, Patrick Ambrose and others and Defendants Town of Danvers and another, move to stay proceedings, to continue the date of the status conference scheduled on December 15, 2005, and to extend the dates for closure of discovery and dispositive motions by ninety (90) days. Settlement discussions are occurring shortly. The parties will report the outcome of their discussions to the Court promptly.

Respectfully Submitted,

| PATRICK AMBROSE<br>and others | TOWN OF DANVERS<br>and another |
|---|---|
| (s) John F. McMahon<br>John F. McMahon<br>BBO #338360<br>Angoff, Goldman, Manning,<br>  Wanger & Hynes, PC<br>45 Bromfield Street, 8th Flr.<br>Boston, MA  02109<br>(617) 723-5500<br>angoff@gis.net | (s) Michael F. X. Dolan, Jr.<br>Michael F. X. Dolan, Jr.<br>BBO #565876<br>Murphy, Hesse, Toomey &<br>  Lehane, LLP<br>300 Crown Colony Drive, 4th Flr.<br>Quincy, MA  02169<br>(617) 479-5000<br>mdolan@mhtl.com |