UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10329-MBB

_____

PATRICK AMBROSE, et al.,    )
                            )
        Plaintiffs,         )        **STIPULATION OF DISMISSAL**
v.                          )        **WITH PREJUDICE**
                            )
                            )
TOWN OF DANVERS, et al.,    )
                            )
        Defendants.         )
_____)

Pursuant to Fed.R.Civ.P 41(a)(1)(ii), Defendants and Plaintiffs stipulate to the dismissal

with prejudice of this civil action without costs or further right of appeal.

Respectfully submitted,

PLAINTIFFS,                          DFENDANTS,

By their attorneys,                  By their attorneys,

ANGOFF, GOLDMAN,                     MURPHY, HESSE, TOOMEY & LEHANE, LLP
MANNING & HYNES, P.C.

   /s/ John J. McMahon                  /s/ Michael F.X. Dolan, Jr.
John J. McMahon, BBO# 338360         Michael F.X. Dolan, Jr., BBO# 565876
45 Bromfield Street, 8th Floor       mdolan@mhtl.com
Boston, MA 02108                     Thomas W. Colomb, BBO# 638211
617.723.5500                         tcolomb@mhtl.com
                                     300 Crown Colony Drive, Ste. 410
                                     Quincy, MA 02169
                                     617.479.5000

Dated:  January 4, 2006