UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICK AMBROSE, et al,
        Plaintiff,

v.                                     CIVIL ACTION
                                       NO.   05-10329-MBB

TOWN OF DANVERS, et al,
        Defendants.

## FINAL JUDGMENT

**January 6, 2006**

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs or further right of appeal.

                                            /s/ Marianne B. Bowler
                                            **MARIANNE B. BOWLER**
                                            United States Magistrate Judge